UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIG CRE 2023 VENTURE LLC and FEDERAL DEPOSIT
INSURANCE CORPORATION,

                                      Plaintiffs,

          -against-

DECO TOWERS ASSOCIATES LLC, SHLOMO WYLER,
and ROZZI BUSINESS INC.,

                                       Defendants.

Civil Action No. 1:25-cv-2129

**NOTICE OF MOTION TO REMAND**

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Motion to Remand, the Declaration of Henry J. Bergman, sworn to on April 11, 2025, and the exhibits annexed thereto, and upon all prior pleadings and proceedings herein, defendant Deco Towers Associates LLC ("Deco") will move this Court, before the Honorable Hon. Katherine Polk Failla, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, on June 13, 2025, at 9:30 a.m., or as soon thereafter as counsel may be heard, for an order pursuant to 28 U.S.C. §1447(c) remanding this action to the Supreme Court of the State of New York, New York County, and awarding Deco attorneys' fees and costs incurred as a result of the improper removal by plaintiff Federal Deposit Insurance Corporation.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1, any opposition papers to this motion must be served on the undersigned at least seven days before the return date of the motion, and any reply papers must be served at least three days before the return date of the motion.

1

Dated: New York, New York
April 11, 2025

**MOSES & SINGER LLP**

By: _Rebecca Zittell Green_

Henry J. Bergman
Rebecca Zittell Green
*Attorneys for Defendant Deco Towers*
*Associates LLC*
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 554-7800

To:      Counsel of Record for All Parties via ECF

Craig L. Steinfeld, Esq.
Sherman Atlas Sylvester & Stamelman LLP
210 Park Avenue, 2nd Floor
Florham Park, New Jersey 07932
*Attorneys for Federal Deposit Insurance Corporation*

Jeffrey Schmitt, Esq., Anne M. Devens, Esq., and Duncan N. Stevens, Esq.
Federal Deposit Insurance Corporation, as Receiver For Signature Bridge Bank, N.A.
3501 Fairfax Drive, VS-D-7062
Arlington, Virginia 22226
*Attorneys for Federal Deposit Insurance Corporation*

Keith M. Brandofino, Esq. and Stacey Lara, Esq.
Holland & Knight LLP
787 Seventh Avenue, 31st Floor
New York, New York 10019
*Attorneys for SIG CRE 2023 Venture LLC*

Henry Nicholas Goodman, Esq.
Nicholas Goodman & Associates PLLC
333 Park Avenue South, Apartment 3A
New York, New York 10010
*Attorneys for Shlomo Wyler & Rozzi Business Inc.*